PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2799

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $9,000.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America, and potential claimant Miguel Moreno ("Moreno" or "claimant"), appearing *in propria persona*, as follows:

1. On or about May 2, 2024, claimant filed a claim in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the Approximately $9,000.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 8, 2021.

3. The DEA has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

4. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is July 31, 2024.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 30, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 30, 2024.

Dated: July __, 2024

PHILLIP A. TALBERT
United States Attorney

_____
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: July 29, 2024

*Miguel Moreno*
_____
MIGUEL MORENO
Potential Claimant
Appearing *in propria persona*

**IT IS SO ORDERED**.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE